**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

Northern District of Georgia

Case number (*If known*): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☒ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Peachstate Pedaling, LLC |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names, and *doing business as* names | ElectroBike Georgia |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 81-0966282 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 2484 Briarcliff Rd NE #25<br>Number    Street | 9835 TRACE VALLEY<br>Number    Street |
| | P.O. Box |
| Atlanta          GA    30329<br>City            State   ZIP Code | ATLANTA         GA    30350<br>City            State   ZIP Code |
| Fulton County<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number    Street<br><br>City            State   ZIP Code |

5. **Debtor's website** (URL)    www.electrobikega.com

6. **Type of debtor**
   - ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other. Specify: _____

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 1

Debtor  Peachstate Pedaling, LLC  
Name

Case number (*if known*) _____

| | | |
|---|---|---|
| **7.** | **Describe debtor's business** | A. *Check one:*<br>☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. § 101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))<br>☑ None of the above<br><br>B. *Check all that apply:*<br>☐ Tax-exempt entity (as described in 26 U.S.C. § 501)<br>☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)<br>☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))<br><br>C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .<br>455219 |
| **8.** | **Under which chapter of the Bankruptcy Code is the debtor filing?**<br><br>A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box. | *Check one:*<br>☐ Chapter 7<br>☐ Chapter 9<br>☑ Chapter 11. *Check **all** that apply*:<br>    ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>    ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>    ☐ A plan is being filed with this petition.<br>    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br>    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br>    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br>☐ Chapter 12 |
| **9.** | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br><br>If more than 2 cases, attach a separate list. | ☑ No<br>☐ Yes.  District _____ When _____ Case number _____<br>                                        MM / DD / YYYY<br>          District _____ When _____ Case number _____<br>                                        MM / DD / YYYY |
| **10.** | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases. If more than 1, attach a separate list. | ☑ No<br>☐ Yes.  Debtor _____ Relationship _____<br>          District _____ When _____<br>                                        MM / DD / YYYY<br>          Case number, if known _____ |

Official Form 201          Voluntary Petition for Non-Individuals Filing for Bankruptcy          page **2**

| Debtor | Peachstate Pedaling, LLC | Case number (if known) _____ |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property? _____
                        Number    Street
_____
_____
City                                          State    ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
       Contact name _____
       Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:
☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49                ☐ 1,000-5,000         ☐ 25,001-50,000
☐ 50-99               ☐ 5,001-10,000        ☐ 50,001-100,000
☐ 100-199             ☐ 10,001-25,000       ☐ More than 100,000
☐ 200-999

**15. Estimated assets**

☐ $0-$50,000              ☐ $1,000,001-$10 million       ☐ $500,000,001-$1 billion
☑ $50,001-$100,000        ☐ $10,000,001-$50 million      ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000       ☐ $50,000,001-$100 million     ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million     ☐ $100,000,001-$500 million    ☐ More than $50 billion

Debtor  Peachstate Pedaling, LLC  Case number (*if known*)_____
      Name

| 16. Estimated liabilities | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  06/06/2023
            MM / DD / YYYY

✘ /s/ Eric Hunger             Eric Hunger
Signature of authorized representative of debtor    Printed name

Title  Owner

**18. Signature of attorney**

✘ /s/ Will Geer            Date  06/06/2023
Signature of attorney for debtor          MM / DD / YYYY

Will Geer
Printed name
Rountree, Leitman, Klein & Geer, LLC
Firm name
2987 Clairmont Road Suite 350
Number    Street
Atlanta        GA      30329
City            State     ZIP Code

404-584-1238        wgeer@rlkglaw.com
Contact phone          Email address

940493              GA
Bar number            State

**Fill in this information to identify the case:**

Debtor name: Peachstate Pedaling, LLC

United States Bankruptcy Court for the: Northern District of Georgia

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Royal Dutch Gazelle Bikes<br>2867 Mission Street<br>Santa Cruz, CA, 95060 | | Suppliers or Vendors | | | | 39,000.00 |
| 2 | Wells Fargo Card Services<br>PO Box 51193<br>Los Angeles, CA, 90051 | | Credit Card Debt | | | | 32,000.00 |
| 3 | Super 73<br>2722 Michelson drive<br>Irvine, CA, 92612 | | Suppliers or Vendors | | | | 30,000.00 |
| 4 | Magnum Bikes Inc.<br>567 West 300 North<br>Salt Lake City, UT, 84116 | | Suppliers or Vendors | | | | 29,000.00 |
| 5 | KYF Global Partners, LLC<br>1019 Ave. P<br>Brooklyn, NY, 11223 | | | | | | 17,529.00 |
| 6 | Olympus Lending<br>2225 E. Murray Holladay Road Suite 200<br>, UT, 84117 | | Suppliers or Vendors | | | | 11,579.00 |
| 7 | Wolff Pedelec Inc<br>9556 Rue Clement<br>La Salle, AK, H84484 | | Suppliers or Vendors | | | | 11,100.00 |
| 8 | Prestige Services<br>24214 Schofield Drive<br>Gretna, LA, 68028 | | Collection Agency | | | | 10,100.00 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 1

Debtor   Peachstate Pedaling, LLC                          Case number (*if known*)_____
         Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Electric Bike Company  1510 Newport Blvd  Newport Beach, CA, 92627 | | Suppliers or Vendors | | | | 7,000.00 |
| 10 | Monday Motor Bikes  2399 Walnut Ave.  Signal Hill , CA, 90755 | | Services | | | | 6,500.00 |
| 11 | Bulls Bike  11854 Alsmeda Street  Lynwood, CA, 90262 | | Suppliers or Vendors | | | | 4,246.00 |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

Official Form 204     **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**     page 2

Arsenal Funding, LLC
15 W 36th Street
New York, NY 10018


Arvest Bank
PO Box 799
Lowell, AR 72745


Bulls Bike
11854 Alsmeda Street
Lynwood, CA 90262


Capital Assist, LLC
945 HOPMEADOW STREET
Simsbury, CT 06070


Electric Bike Company
1510 Newport Blvd
Newport Beach, CA 92627


Georgia Department of Labor
148 Andrew Young Inter. Blvd
Room 738
Atlanta, GA 30303-0000


Georgia Department of Revenue
Compliance Division, ARCS - Bankruptcy
1800 Century Blvd NE, Suite 9100
Atlanta, GA 30345


Internal Revenue Service
CIO
P.O. Box 7346
Philadelphia, PA 19101-7346


KYF Global Partners, LLC
1019 Ave. P
Brooklyn, NY 11223


Magnum Bikes Inc.
567 West 300 North
Salt Lake City, UT 84116


Monday Motor Bikes
2399 Walnut Ave.
Signal Hill , CA 90755


Olympus Lending
2225 E. Murray Holladay Road
Suite 200

Prestige Services
24214 Schofield Drive
Gretna, LA 68028


Rapid Financial Services, LLC
4500 East West Highway
6th Floor
Bethesda, MD 20814


Regency Center
3715 Northside Parkway
Unit 400
Atlanta, GA 30327


Royal Dutch Gazelle Bikes
2867 Mission Street
Santa Cruz, CA 95060


Super 73
2722 Michelson drive
Irvine, CA 92612


U.S. Small Business Admin.
SBA Disaster Loan Service Center
2 North 20th Street Ste 320
Birmingham, AL 35203


Wells Fargo Card Services
PO Box 51193
Los Angeles, CA 90051


Wolff Pedelec Inc
9556 Rue Clement
La Salle, AK H84484


YAMAHA MOTOR FINANCE CORPORATION, U.S.A.
3065 Chastain Meadows Parkway
suite 100
Marietta, GA 30066

United States Bankruptcy Court

Northern District of Georgia

In re: Peachstate Pedaling, LLC

Debtor(s)

Case No.

Chapter 11

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 06/06/2023

/s/ Eric Hunger

Signature of Individual signing on behalf of debtor

Owner

Position or relationship to debtor